IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 12 2009

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| IDENIX PHARMACEUTICALS, INC., 60 Hampshire Street, Cambridge, MA 02139, <br><br> Plaintiff, <br><br> v. <br><br> HONORABLE DAVID J. KAPPOS Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office Office of General Counsel, United States Patent and Trademark Office P.O. Box 14557, Arlington, VA 22215 Madison Building East, Room 10B20 600 Dulany Street, Alexandria, VA 22314, <br><br> Defendant. | Case: 1:09-cv-02127 <br> Assigned To : Kennedy, Henry H. <br> Assign. Date : 11/12/2009 <br> Description: Admin. Agency Review |

## COMPLAINT

Idenix Pharmaceuticals, Inc. ("Idenix"), for its complaint against the Honorable David J. Kappos ("Defendant"), states as follows:

1. Idenix, the owner of United States Patent 7,534,809 ("'809 patent"), seeks review of an erroneous patent term adjustment determination by the United States Patent and Trademark Office ("USPTO"). Idenix particularly seeks judgment that the patent term adjustment be changed from the USPTO's determination of 344 days to 357 days.

2. This action arises under 35 U.S.C. § 154 and the Administrative Procedure Act, 5 U.S.C. §§ 701-706.

### THE PARTIES

3. Idenix is a company organized under the laws of Delaware, with its principal

place of business at 60 Hampshire Street, Cambridge, Massachusetts, 02139.

4. Defendant is the Under Secretary of Commerce for Intellectual Property and Director of the USPTO, and is being sued here in his official capacity.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action and is authorized to issue the requested relief pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1361, 35 U.S.C. § 154(b)(4)(A), and 5 U.S.C. §§ 701-706.

6. Venue is proper in this district by virtue of 35 U.S.C. § 154(b)(4)(A).

7. This Complaint is being timely filed in accordance with 35 U.S.C. § 154(b)(4)(A).

## FACTS

8. On September 16, 2005, Richard Storer, Cyril Dousson, Francois-Rene Alexandre, and Arlene Roland ("Applicants") filed patent application number 11/229,150 ("'150 application"). *See* '809 patent at 1, attached as Exhibit A (cover page only of the '809 patent).

9. On October 26, 2007, the USPTO mailed the first notification regarding the '150 application under 35 U.S.C. § 132.

10. On September 29, 2008, Applicants filed a Request for Continued Examination ("RCE") under 35 U.S.C. § 132(b).

11. On May 19, 2009, the '809 patent issued.

12. The '809 patent is not subject to a terminal disclaimer.

13. Idenix is the assignee of all right, title and interest in the '809 patent, as evidenced by records on deposit with the USPTO.

14. The '809 patent indicates a patent term adjustment under 35 U.S.C. § 154(b) of 344 days, which is the period from November 16, 2006 (fourteen months after the date on which

application was filed) to October 26, 2007 (the date of first notification). In its calculations of patent term adjustment, the USPTO did not take into account the *additional delay* by the USPTO pursuant to 35 U.S.C. § 154(b)(1)(B). *See* USPTO PAIR Adjustment, attached as Exhibit B.

15. According to 35 U.S.C. § 154(b)(1)(B), there is a guarantee of no more than a 3-year application pendency, not including any time consumed by continued examination of the application requested by the applicant. 35 U.S.C. § 154(b)(1)(B)(i); *see also* www.uspto.gov/web/offices/dcom/olia/aipa/ comparison_of_cpa_practice.htm; "Comparison of CPA practice, URAA transitional practice under 37 CFR 1.129(a), and new request for continued examination (RCE) practice" ("The filing of a RCE cuts-off the applicant's ability to accumulate any additional patent term adjustment against the three-year pendency provision, but does not otherwise affect patent term adjustment.").

16. On July 14, 2009, Applicants filed a petition for reconsideration of patent term adjustment. Specifically, Applicants requested that the patent term adjustment should be increased by 13 days, which is the period from September 16, 2008 (three years after the date on which the application was filed) to September 29, 2008 (the filing date of the RCE). There has been no action on the petition from the USPTO to date.

17. Title 35 U.S.C. § 154(b) requires that patent terms be adjusted to compensate for failures of the USPTO to take certain actions on patent applications within designated time limits. Title 35 U.S.C. § 154(b)(3) requires the Director of the USPTO to determine the patent term adjustment for each patent.

18. In calculating the patent term adjustment, the Director must take into account USPTO delays under 35 U.S.C. § 154(b)(1), any overlapping periods in the USPTO delays under 35 U.S.C. § 154(b)(2)(A), and any applicant delays under 35 U.S.C. § 154(b)(2)(C).

19.     The circumstances during the prosecution of the '150 application that might constitute a failure to engage in reasonable efforts to conclude processing or examination of the '150 application are believed to consist of 0 days. *See* Exh. B, USPTO PAIR Adjustment (lacking any indication of applicant delays under 35 U.S.C. § 154(b)(2)(C)).

20.     Under 35 U.S.C. § 154(b)(4)(A), "[a]n applicant dissatisfied with a determination made by the Director under paragraph (3) shall have remedy by a civil action against the Director filed in the United States District Court for the District of Columbia within 180 days after the grant of the patent. Chapter 7 of title 5 shall apply to such action."

## CLAIM FOR RELIEF

21.     The allegations of paragraphs 1-20 are incorporated in this claim for relief as if fully set forth herein.

22.     The USPTO determined that the patent term adjustment for the '809 patent is 344 days, which is the period from November 16, 2006 (fourteen months after the date on which application was filed) to October 26, 2007 (the date of first notification).

23.     This determination is in error. The USPTO failed to include an adjustment, as required by 35 U.S.C. § 154(b)(1)(B), for the time from three years after the filing date of the '150 application to the date the patent issued, not including any time consumed by continued examination of the application requested by Applicants. This period is 13 days, namely, from September 16, 2008 (three years after the date on which the application was filed) to September 29, 2008 (the filing date of the RCE).

24.     Under 35 U.S.C. § 154(b)(2)(A), "[t]o the extent that periods of delay attributable to grounds specified in paragraph (1) overlap, the period of any adjustment granted under this subsection shall not exceed the actual number of days the issuance of the patent was delayed."

25.     Here, there is no overlap in the periods of delay attributable to the USPTO. The period from November 16, 2006 to October 26, 2007 does not overlap the period from September 16, 2008 to September 29, 2008. Clearly, the periods are different. *See Wyeth v. Dudas*, No. 1:07-cv-01492-JR, 2008 U.S. Dist. LEXIS 76063, at *9-10 (D.D.C. September 30, 2008) ("The only way that periods of time can 'overlap' is if they occur on the same day. If an 'A delay' occurs on one calendar day and a 'B delay' occurs on another, they do not overlap."). Thus, the delay applicable to the USPTO is 344 days plus 13 days for a total of 357 days.

26.     Here, there are no applicant delays under 35 U.S.C. § 154(b)(2)(C). *See* Exh. B (lacking any indication of applicant delays under 35 U.S.C. § 154(b)(2)(C)).

27.     In summary, the correct patent term adjustment for the '809 patent, including both the 344-day period determined by the USPTO and the 13-day additional adjustment under 35 U.S.C. § 154(b)(1)(B), is 357 days.

## PRAYER FOR RELIEF

WHEREFORE, Idenix respectfully prays that this Court:

A.      Issue an order changing the period of patent term adjustment for the '809 patent from 344 days to 357 days, and requiring Defendant to alter the terms of the '809 patent to reflect the 357 days of actual patent term adjustment due the '809 patent; and

B.      Grant such other and further relief as the nature of the case may admit or require and as may be just and equitable.

Dated: November 12th, 2009

Respectfully submitted,

*[signature: Joseph W. Clark]*

Joseph W. Clark (DC Bar No. 468782)
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

*Of Counsel*
Todd R. Miller
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel:   (213) 489-3939
Fax:   (213) 243-2539

Attorneys for Plaintiff
IDENIX PHARMACEUTICALS, INC.





**EXHIBIT A:**

**Cover Page to United States Patent 7,534,809**



US007534809B2

## (12) United States Patent
### Storer et al.

(10) Patent No.: **US 7,534,809 B2**
(45) Date of Patent: **May 19, 2009**

(54) **PHOSPHO-INDOLES AS HIV INHIBITORS**

(75) Inventors: **Richard Storer**, Folkestone (GB); **Cyril Dousson**, Montpellier (FR); **Francois-Rene Alexandre**, Montpellier (FR); **Arlene Roland**, Montpellier (FR)

(73) Assignee: **Idenix Pharmaceuticals, Inc.**, Cambridge, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 344 days.

(21) Appl. No.: **11/229,150**

(22) Filed: **Sep. 16, 2005**

(65) **Prior Publication Data**
US 2006/0074054 A1    Apr. 6, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/611,061, filed on Sep. 17, 2004, provisional application No. 60/711,445, filed on Aug. 25, 2005, provisional application No. 60/711,565, filed on Aug. 26, 2005.

(51) **Int. Cl.**
*A61K 31/40* (2006.01)
*C07F 9/28* (2006.01)

(52) **U.S. Cl.** .................. **514/419**; 514/415; 514/80; 548/111; 548/492

(58) **Field of Classification Search** ............ 548/111, 548/492, 514/419, 415, 80
See application file for complete search history.

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 4,866,084 A | 9/1989 | Gunasekera et al. |
| 5,124,327 A | 6/1992 | Greenlee et al. |
| 5,424,329 A | 6/1995 | Boschelli et al. |
| 5,489,685 A | 2/1996 | Houpis et al. |
| 5,527,819 A | 6/1996 | Williams et al. |
| 5,565,446 A | 10/1996 | Boschelli et al. |
| 5,703,069 A | 12/1997 | Connor et al. |
| 5,830,894 A | 11/1998 | Pevear et al. |
| 5,852,011 A | 12/1998 | Matsunaga et al. |
| 5,929,114 A | 7/1999 | Domagala et al. |
| 5,935,982 A | 8/1999 | Dykstra et al. |
| 5,945,440 A | 8/1999 | Kleinschroth et al. |
| 5,981,525 A | 11/1999 | Farina et al. |
| 6,017,903 A | 1/2000 | Slusher et al. |
| 6,025,345 A | 2/2000 | Jackson et al. |
| 6,025,390 A | 2/2000 | Farina et al. |
| 6,506,787 B2 | 1/2003 | Fujishita et al. |
| 6,710,068 B2 | 3/2004 | La Colla et al. |
| 6,716,605 B2 | 4/2004 | Fujishita et al. |
| 6,825,201 B2 | 11/2004 | Wang et al. |
| 6,900,206 B2 | 5/2005 | Kadow et al. |
| 2002/0019414 A1 | 2/2002 | Fujishita et al. |
| 2003/0096825 A1 | 5/2003 | Wang et al. |
| 2003/0236277 A1 | 12/2003 | Kadow et al. |
| 2004/0006090 A1 | 1/2004 | Kadow et al. |
| 2004/0063746 A1 | 4/2004 | Regueiro-Ren et al. |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| WO | WO 94/19321 | 9/1994 |
| WO | WO 96/29077 | 9/1996 |
| WO | WO 97/48399 | 12/1997 |
| WO | WO 97/48400 | 12/1997 |
| WO | WO 97/48409 | 12/1997 |
| WO | WO 98/13046 A1 | 4/1998 |
| WO | WO 98/38332 | 9/1998 |
| WO | WO 98/53812 | 12/1998 |
| WO | WO 99/52915 | 10/1999 |
| WO | WO 01/02388 | 1/2001 |
| WO | WO 03/068221 | 8/2003 |
| WO | WO 03/090690 | 11/2003 |
| WO | WO 03/090691 A2 | 11/2003 |
| WO | WO 03/091264 | 11/2003 |
| WO | WO 2004/014364 | 2/2004 |
| WO | WO 2006/054182 | 3/2007 |

**OTHER PUBLICATIONS**

Aoyagi et al., "Studies on Chromogenic and Fluorogenic Substrates for Detection of Enzymatic Activities," J. Fac. Eng. Chiba Univ. 26(49): 185-191 (1974).
Artico et al., "2-Sulfonyl-4-Chloroanilino Moiety: A Potent Pharmacophore for the Anti-Human Immunodeficiency Virus Type 1 Activity of Pyrrolyl Aryl Sulfones," J. Med. Chem., 39:522-530 (1996).
Artico et al., "1-Arylsulfonyl-3-(α-hydroxybenzyl)-1H-Pyrroles: a Novel Class of Anti-HIV-1 Reverse Transcriptase Inhibitors," Bioorganic & Med. Chem. Letters 7:1931-1936 (1997).
Artico et al., "Structure-Based Design, Synthesis, and Biological Evaluation of Novel Pyrrolyl Aryl Sulfones: HIV-1 Non-Nucleoside Reverse Transcriptase Inhibitors Active at Nanomolar Concentrations," J. Med. Chem., 43:1886-1891 (2000).
Baba et al., "Highly Potent and Selective Inhibition of HIV-1 Replication by 6-Phenylthiouracil Derivatives," Antiviral Res., 17:245-264 (1992).
Balzarini et al., "2',5'-Bis-O-(tert-Butyldimethylsilyl)-3'-Spiro-5"-(4"-Amino-1",2"-Oxathiole-2",2"-Dioxide) Pyrimidine (TSAO) Nucleoside Analogues: Highly Selective Inhibitors of Human Immunodeficiency Virus Type 1 that are Targeted at the Viral Reverse Transcriptase," PNAS, 89:4392-4396 (1992).
Bell et al., "Phenethylthiazolethiourea (PETT) Compounds, a New Class of HIV-1 Reverse Transcriptase Inhibitors 1. Synthesis and Basic Structure-Activity Relationship Studies of PETT Analogs," J. Med. Chem., 38:4929-4936 (1995).
Cantrell et al., "Phenethylthiazolylthiourea (PETT) Compounds as a New Class of HIV-1 Reverse Transcriptase Inhibitors 2. Synthesis and Further Structure-Activity Relationship Studies of PETT Analogs," J. Med. Chem., 39:4261-4274 (1996).
Chen et al., "Synthesis of Indoles via a Palladium-Catalyzed Annulation between Iodoanilines and Ketones," J. Org. Chem., 39:4261-4274 (1996).

(Continued)

*Primary Examiner* — Rei-tsang Shiao
(74) *Attorney, Agent, or Firm* — Jones Day

(57) **ABSTRACT**

3-phosphoindole compounds for the treatment of retroviral infections, and particularly for HIV, are described. Also included are compositions comprising the 3-phosphoindole derivatives alone or in combination with one or more other anti-retroviral agents, processes for their preparation, and methods of manufacturing a medicament incorporating these compounds.

**82 Claims, 3 Drawing Sheets**





**EXHIBIT B:  USPTO PAIR Adjustment**

| 11/229,150 | PHOSPHO-INDOLES AS HIV INHIBITORS | | 07-08-2009::15:15:34 |
|---|---|---|---|
| **Patent Term Adjustments** | | | |
| Patent Term Adjustment (PTA) for Application Number: 11/229,150 | | | |
| Filing or 371(c) Date: | 09-16-2005 | USPTO Delay (PTO) Delay (days): | 344 |
| Issue Date of Patent: | 05-19-2009 | Three Years: | - |
| Pre-Issue Petitions (days): | +0 | Applicant Delay (APPL) Delay (days): | 0 |
| Post-Issue Petitions (days): | +0 | Total PTA (days): | 344 |
| USPTO Adjustment(days): | +0 | Explanation Of Calculations | |
| **Patent Term Adjustment History** | | | |

| Date | Contents Description | PTO(Days) | APPL(Days) |
|---|---|---|---|
| 04-29-2009 | PTA 36 Months | | |
| 05-19-2009 | Patent Issue Date Used in PTA Calculation | | |
| 03-03-2009 | TC Return to Pubs | | |
| 02-20-2009 | Pubs Case Remand to TC | | |
| 02-06-2009 | Dispatch to FDC | | |
| 02-06-2009 | TC Return to Pubs | | |
| 02-02-2009 | Response to Reasons for Allowance | | |
| 02-02-2009 | Issue Fee Payment Verified | | |
| 02-02-2009 | Issue Fee Payment Received | | |
| 01-28-2009 | Mail Notice of Allowance | | |
| 01-26-2009 | Document Verification | | |
| 01-26-2009 | Notice of Allowance Data Verification Completed | | |
| 01-26-2009 | Examiner's Amendment Communication | | |
| 01-14-2009 | Examiner Interview Summary Record (PTOL - 413) | | |
| 12-22-2008 | Information Disclosure Statement (IDS) Filed | | |
| 01-15-2009 | Date Forwarded to Examiner | | |
| 01-15-2009 | Date Forwarded to Examiner | | |
| 12-22-2008 | Request for Continued Examination (RCE) | | |
| 01-15-2009 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) | | |
| 12-22-2008 | Information Disclosure Statement considered | | |
| 12-29-2008 | Mail-Record Petition Decision of Granted to Withdraw from Issue | | |
| 12-29-2008 | Record Petition Decision of Granted to Withdraw from Issue | | |
| 12-22-2008 | Petition Entered | | |
| 12-22-2008 | Information Disclosure Statement (IDS) Filed | | |
| 12-22-2008 | Workflow - Request for RCE - Begin | | |
| 12-19-2008 | Dispatch to FDC | | |
| 12-17-2008 | Application Is Considered Ready for Issue | | |
| 12-18-2008 | Mail Miscellaneous Communication to Applicant | | |
| 12-17-2008 | Miscellaneous Communication to Applicant - No Action | | |

| Date | Count |
|---|---|
| 10-27-2008 | Information Disclosure Statement considered |
| 10-24-2008 | Information Disclosure Statement considered |
| 12-16-2008 | Pubs Case Remand to TC |
| 12-11-2008 | Mail-Petition Decision - Dismissed |
| 12-11-2008 | Petition Decision - Dismissed |
| 11-20-2008 | Petition Entered |
| 11-20-2008 | Issue Fee Payment Verified |
| 11-20-2008 | Issue Fee Payment Received |
| 10-27-2008 | Information Disclosure Statement (IDS) Filed |
| 10-24-2008 | Information Disclosure Statement (IDS) Filed |
| 10-24-2008 | Mail Notice of Allowance |
| 10-16-2008 | Document Verification |
| 10-10-2008 | Notice of Allowance Data Verification Completed |
| 09-29-2008 | Information Disclosure Statement (IDS) Filed |
| 10-09-2008 | Date Forwarded to Examiner |
| 09-29-2008 | Request for Continued Examination (RCE) |
| 10-09-2008 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 09-29-2008 | Information Disclosure Statement considered |
| 09-29-2008 | Information Disclosure Statement (IDS) Filed |
| 07-29-2008 | Response to Reasons for Allowance |
| 09-29-2008 | Workflow - Request for RCE - Begin |
| 07-03-2008 | Mail Examiner's Amendment |
| 07-03-2008 | Mail Examiner's Amendment |
| 07-03-2008 | Mail Notice of Allowance |
| 07-02-2008 | Document Verification |
| 07-02-2008 | Notice of Allowance Data Verification Completed |
| 07-02-2008 | Case Docketed to Examiner in GAU |
| 07-02-2008 | Examiner's Amendment Communication |
| 06-25-2008 | Examiner's Amendment Communication |
| 06-18-2008 | Examiner Interview Summary Record (PTOL - 413) |
| 04-11-2008 | Information Disclosure Statement considered |
| 04-11-2008 | Reference capture on IDS |
| 04-11-2008 | Information Disclosure Statement (IDS) Filed |
| 05-14-2008 | Date Forwarded to Examiner |
| 04-11-2008 | Response after Non-Final Action |
| 04-11-2008 | Information Disclosure Statement (IDS) Filed |
| 01-30-2008 | Mail Non-Final Rejection |
| 01-28-2008 | Non-Final Rejection |
| 11-26-2007 | Information Disclosure Statement considered |
| 01-28-2008 | Change in Power of Attorney (May Include Associate POA) |

Page 5 of 5

| Date | Description | |
|---|---|---|
| 01-22-2008 | Correspondence Address Change | |
| 11-26-2007 | Reference capture on IDS | |
| 11-26-2007 | Information Disclosure Statement (IDS) Filed | |
| 12-11-2007 | Date Forwarded to Examiner | |
| 11-26-2007 | Response to Election / Restriction Filed | |
| 11-26-2007 | Information Disclosure Statement (IDS) Filed | |
| 10-26-2007 | Mail Restriction Requirement | 344 |
| 10-25-2007 | Requirement for Restriction / Election | ⇧ |
| 09-11-2007 | Preliminary Amendment | ⇧ |
| 06-21-2006 | Correspondence Address Change | ⇧ |
| 10-17-2005 | Preliminary Amendment | ⇧ |
| 03-16-2006 | IFW TSS Processing by Tech Center Complete | ⇧ |
| 03-16-2006 | Case Docketed to Examiner in GAU | ⇧ |
| 01-12-2006 | Correspondence Address Change | ⇧ |
| 12-23-2005 | Application Return from OIPE | ⇧ |
| 12-27-2005 | Application Is Now Complete | ⇧ |
| 12-23-2005 | Application Return TO OIPE | ⇧ |
| 12-23-2005 | Application Dispatched from OIPE | ⇧ |
| 12-23-2005 | Application Is Now Complete | ⇧ |
| 12-16-2005 | Additional Application Filing Fees | ⇧ |
| 12-16-2005 | A statement by one or more inventors satisfying the requirement under 35 USC 115, Oath of the Applic | ⇧ |
| 10-18-2005 | Notice Mailed--Application Incomplete--Filing Date Assigned | ⇧ |
| 10-13-2005 | Cleared by L&R (LARS) | ⇧ |
| 09-30-2005 | Referred to Level 2 (LARS) by OIPE CSR | ⇧ |
| 09-26-2005 | IFW Scan & PACR Auto Security Review | ⇧ |
| 09-16-2005 | Initial Exam Team nn | ⇧ |

**Close Window**